Appellate Division, Third Department. June 30, 1916.) Order amended, nunc pro tunc, so as to read as follows: Order reversed, and petition dismissed, without costs. Opinion by Kellogg, P. J. All concur, except Howard, J., dissenting.

---

Dorothy Ethel FERRIL, an infant, etc., by James P. Ferril, her guardian ad litem, respondent, v. LECHTMAN LAUNDRY COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

---

FIDELITY & DEPOSIT COMPANY of Maryland, appellant, v. QUEENS COUNTY TRUST COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion denied, with $10 costs.

---

Adela FILIPOWICZ, an infant, etc., by Mary Filipowicz, her guardian ad litem, respondent, v. AMERICAN MANUFACTURING COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) From plaintiff's testimony, confirmed by that of her mother, the jury were warranted in finding that she had been employed in defendant's factory when under the age of 15, and without the "employment certificate" required by sections 70 and 71 of the Labor Law (Consol. Laws, c. 31). Although testimony was given to the effect that she had then represented herself as 17, we cannot say that such evidence was so strong and convincing as to require the jury to accept it against plaintiff's denials. It was not disputed that after five months' duty as a doffer girl, which involves merely lifting off the filled spools and placing others on the machine, the plaintiff was directed to run the machine herself, without instruction as to its working, or any warnings against the dangers of picking out jute from the moving cogwheels or compression rollers, by which attempt she lost part of the right index finger. The printed notices posted against employés repairing machines in motion, or putting their hands on rollers in motion, were properly before the jury, but were not controlling. We find no error in the rulings or charge of the court. Judgment and order unanimously affirmed, with costs.

---

Beatrice FINKELSTEIN v. Nathan FINKELSTEIN. (Supreme Court, Appellate Division, First Department. February, 1916.) Motion granted. Memorandum per curiam. Order to be settled on notice.

---

Charles W. FISK, as adm'r, etc., plff., v. CENTRAL BANK OF ROCHESTER, deft. (Supreme Court, Appellate Division, Fourth Department. October 11, 1916.) Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs. All concur.

---

Clara FLATTERY v. Julia W. LAWRENCE. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application denied, with $10 costs. Order signed.

---

Clara FLATTERY v. Julia W. LAWRENCE. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied, with $10 costs. Order filed.

---

Annette Ewart Schwarz FLEISCHER, respondent, v. Ernst Albert FLEISCHER, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) The undisputed and unexplained facts burden plaintiff's application with at least this infirmity: She is amply able financially to prosecute her suit and to support herself during its pendency. Collins v. Collins, 80 N. Y. 1; Lake v. Lake, 194 N. Y. 179, 87 N. E. 87. Order reversed, and motion denied, without costs. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

---

Bernard FLIASCHNICK v. Martin J. BURKE et al. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted, unless appellant complies with terms of order. Order filed.

---

Richard FLYNN, an infant, etc., appellant, v. YONKERS RAILROAD COMPANY, respondent, and another, defendant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion for reargument granted, and case set down for Wednesday, November 8, 1916.

---

Eleanor B. FOX, etc., v. Katharine O'BRIEN, indiv., etc., et al. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion denied, with $10 costs. Order filed.

---

Agnes FRAWLEY, respt., v. NEW YORK, ONTARIO & WESTERN RAILWAY CO. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Motion for leave of appeal to Court of Appeals denied, with $10 costs.

---

Fred F. FRENCH et al. v. Edward J. KNAPP, impld., etc. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

---

Hattie FREW, respondent, v. Frank W. LILLEY, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Application denied, with $10 costs.

---

Oscar FRIED, plaintiff, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, defendant. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Motion denied, with $10 costs.

---

Joseph L. FRIEDER v. Alexander ALDERMAN. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application denied, with $10 costs. Order signed.